IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GROMASTER, Inc., a Kentucky Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV243 |
| v. | ) ) ) | |
| OSBORNE INDUSTRIES, Inc., a Kansas Corporation, | ) ) ) | ORDER OF DISMISSAL |
| Defendant. | ) ) | |

This matter is before the court on the plaintiff's notice of voluntary dismissal, Filing No. 6. The opposing party has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

IT IS ORDERED that this action is dismissed, without prejudice.

DATED this 7th day of August, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge